## ORDER

PER CURIAM:

Tracy Freeman appeals from the trial court's judgment finding him guilty of trafficking drugs in the second degree, in violation of § 195.223, RSMo 1994.[1] Freeman was sentenced as a prior and persistent offender to fifteen years imprisonment. Freeman also appeals from the denial of his Rule 29.15 motion, after an evidentiary hearing.

Judgment is affirmed. Rules 30.25(b) and 84.16(b).

## ORDER

PER CURIAM:

Shawn Hoffman appeals the denial of a Motion to Vacate, Set Aside or Correct the Judgment and Sentences, filed pursuant to Rule 24.035, alleging ineffective assistance of counsel. We have reviewed the briefs of the parties and the record on appeal and find no error. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only setting forth our reasoning.

Judgment affirmed. Rule 84.16(b).

**Shawn HOFFMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 50645.**

Missouri Court of Appeals, Western District.

Sept. 19, 1995.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and LOWENSTEIN and HANNA, JJ.

1. All statutory references are to RSMo 1994 un-

**Robert TABAK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 50533.**

Missouri Court of Appeals, Western District.

Sept. 19, 1995.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

less otherwise indicated.